```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
                                                                 :
UNITED STATES OF AMERICA,                                        :
                                                                 :
                              Plaintiff(s),                      :     1:24-cv-3583-GHW
                                                                 :
                      -v-                                        :     ORDER
                                                                 :
VARIOUS FIREARMS SEIZED ON OR ABOUT                              :
JULY 7, 2023 FROM AN APARTMENT                                   :
LOCATED ON RIVERDALE AVENUE,                                     :
BRONX, NEW YORK AS SET FORTH IN                                  :
EXHIBIT A, et al.,                                               :
                                                                 :
                              Defendants-in-rem.                 :
                                                                 :
---------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/2024

GREGORY H. WOODS, United States District Judge:

The United States commenced this civil forfeiture action on May 9, 2024, accompanied by a joint proposed stipulation and order. Dkt. Nos. 1, 3. On May 13, 2024, the Court issued an order scheduling an initial pretrial conference. Dkt. No. 5. On May 14, 2024, the Government submitted a letter requesting that the Court so-order the May 9 proposed stipulation and order and cancel the initial pretrial conference. Dkt. No. 6.

The Government's May 14, 2024 request is denied without prejudice. Pursuant to the Court's Individual Rules of Practice in Civil Cases, immediately following the filing of any proposed order or stipulation, parties must submit a joint letter to the Court in accordance with the conditions set forth in Individual Rule 1(F), including the basis for the Court's legal authority to enter the proposed order or stipulation and any other information that the parties believe would provide context for the Court's evaluation of the request. The parties did not file such a joint letter following their May 9 proposed order and stipulation. Dkt. No. 3. The Government's May 14 letter does not satisfy the requirements of the Court's Individual Rules of Practice.

Accordingly, the Court declines to act on the proposed order at Dkt. No. 3 at this time. Any future request for the Court to enter a proposed order and stipulation should conform to the Court's Individual Rules of Practice. Moreover, because the proposed order contains statements of fact, the parties are directed to submit an affidavit supporting all of the factual assertions contained in the proposed order or otherwise required for the Court to grant the relief proposed in that order.

SO ORDERED.

Dated: May 14, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge